# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138493

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                       SC: 138493
                                       COA: 280417
                                       Kent CC: 06-009403-FH

DONALD ALLEN LUCAS,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0831

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009                                    
                                                               Clerk